# In the United States District Court for the Middle District of Pennsylvania

| | |
|---|---|
| WEST SHORE HOME, LLC, *et al.*, | ) ) ) [ELECTRONICALLY FILED] ) ) Docket No. _____ ) ) ) ) ) ) |
| *Plaintiffs,* | |
| *vs.* | |
| CRAIG CHAPPELL, | |
| *Defendant.* | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Craig Chappell removes the action styled *West Shore Home, LLC et al. v. Craig Chappell,* Docket No. 2022-00533, filed by plaintiffs West Shore Home, LLC, and West Shore Holdings, LLC ("West Shore") filed in the Court of Common Pleas of Cumberland County and states as follows in support:

1. On January 21, 2022, West Shore filed a complaint against Mr. Chappell (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), the Complaint and all other extant state-court filings are attached at Ex. A-1 through A-15.

2. On January 31, 2022, the sheriff served a copy of the complaint on Mr. Chappell.

3. The complaint sets forth the following causes of action against Mr. Chappell: Breach of Contract (Counts I & II); Misappropriation of Trade Secrets – Violation of Pennsylvania Uniform Trade Secrets Act (Count III); and Misappropriation of Trade Secrets – Violation of Defend Trade Secrets Act of 2016 (Count IV).

4. Pursuant to 28 U.S.C. § 1441, removal of an action originally filed in state court is proper in "any civil action brought in a state court of which the district courts of the United States have original jurisdiction[.]"

5. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

6. "[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7. Removal is proper.

8. The complaint alleges that, after his termination from West Shore, Mr. Chappell violated various post-termination provisions of his employment contract and misappropriated West Shore's alleged trade secrets in violation of federal and state law.

9. The Court has original jurisdiction over Count IV, alleging a violation of the federal "Defend Trade Secrets Act of 2016," 18 U.S.C. § 1831 *et seq.*, because that claim arises under federal law.

10. The Court has supplemental original jurisdiction over Counts I through III, all of which are related to the federal claim and form part of the same case or controversy between West Shore and Mr. Chappell.

11. The notice of removal is timely, having been filed within 30 days after service of the complaint by the Cumberland County Sheriff's office on January 31, 2022.

12. Venue in this Court is proper given that (a) the plaintiffs filed in Cumberland County Court of Common Pleas alleging the transactions and occurrences took place there; (b) Cumberland County is within the Middle District of Pennsylvania; and (c) the parties, by virtue of agreements attached to the complaint, agreed that venue would lie in the

Middle District of Pennsylvania in the event the plaintiffs ever filed a complaint raising a federal question.

13. Mr. Chappell will promptly file written notice of the filing of this removal with the Prothonotary of the Court of Common Pleas of Cumberland County, Pennsylvania and promptly serve such notice on the plaintiffs pursuant to 28 U.S.C. § 1446(d).

14. By removing this action, Mr. Chappell reserves any and all rights and does not waive any objections or defenses of any kind whatsoever.

WHEREFORE, by this notice, Mr. Chappell removes the action from the Court of Common Pleas of Cumberland County, Pennsylvania, to the United States District Court for the Middle District of Pennsylvania and requests that the action proceed here as properly removed to this Court.

February 11, 2022    Respectfully submitted,

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Craig Chappell*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing notice of removal on counsel for the plaintiffs named below via email.

Thomas G. Collins Esq.
Buchanan, Ingersoll & Rooney
409 N. Second St., Suite 500
Harrisburg, PA 17101
thomas.collins@bipc.com

/s George A. Bibikos
George A. Bibikos