Case# 2022-00533-8 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

BUCHANAN INGERSOLL & ROONEY PC
Thomas G. Collins (I.D. #75896)
409 North Second Street, Suite 500
Harrisburg, PA 17101
Tel:  (717) 237-4843
 Email: thomas.collins@bipc.com
*Counsel for Plaintiffs*

| | |
|---|---|
| WEST SHORE HOME, LLC and WEST SHORE HOME HOLDINGS, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG CHAPPELL,<br><br>*Defendant.* | IN THE COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, PENNSYLVANIA<br><br>Civ. No. 2022-00533 |

### PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Thomas G. Collins, Esquire, as counsel for West Shore

Home, LLC and West Shore Home Holdings, LLC in the above-captioned matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  _____
Thomas G. Collins (I.D. #75896)
409 N. Second Street, Suite 500
Harrisburg, PA 17101-1357
Tel: (717) 237-4843
Email: thomas.collins@bipc.com
*Counsel for Plaintiff*
*West Shore Home, LLC and West Shore*
*Home Holdings, LLC*

Date: <u>January 21, 2022</u>

EXHIBIT A7

Case# 2022-00533-8 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: West Shore Home, LLC & West Shore Home Holdings, LLC

Signature: *Thomas G Collins*

Name: Thomas G. Collins

Attorney No. (if applicable): 75896

Case# 2022-00533-8 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## CERTIFICATE OF SERVICE

I hereby certify that I am this 21st day of January 2022, serving a copy of **Praecipe for Entry of Appearance** upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pa. Rules of Civil Procedure.  Service via email and via first class mail addressed as follows:

> Larry A. Weisberg, Esquire
> Weisberg Cummings, P.C.
> 2704 Commerce Drive B
> Harrisburg, PA 17110
> Email: lweisberg@weisbergcummings.com
> *Counsel for Defendant*

Christy Sunchych
Paralegal