Case# 2022-00533-9 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

BUCHANAN INGERSOLL & ROONEY PC
Sara E. Myirski (I.D. #321113)
409 North Second Street, Suite 500
Harrisburg, PA 17101
Tel: (717) 237-4860
Email: sara.myirski@bipc.com
*Counsel for Plaintiffs*

| | |
|---|---|
| WEST SHORE HOME, LLC and WEST SHORE HOME HOLDINGS, LLC <br><br> *Plaintiffs,* <br><br> v. <br><br> CRAIG CHAPPELL, <br><br> *Defendant.* | IN THE COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, PENNSYLVANIA <br><br> Civ. No. 2022-00533 |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Sara E. Myirski, Esquire, as counsel for West Shore Home, LLC and West Shore Home Holdings, LLC in the above-captioned matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Sara E. Myirski (I.D. #321113)
409 N. Second Street, Suite 500
Harrisburg, PA 17101-1357
Tel: (717) 237-4860
Fax: (717) 233-0852
Email: sara.myirski@bipc.com
*Counsel for Plaintiff*
*West Shore Home, LLC and West Shore*
*Home Holdings, LLC*

Date: January 21, 2022

**EXHIBIT A8**

Case# 2022-00533-9 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:  West Shore Home, LLC & West Shore Home Holdings, LLC

Signature: _Sara Myirski_

Name: Sara E. Myirski

Attorney No. (if applicable): _____ 321113 _____

2

Case# 2022-00533-9 Received at Cumberland County Prothonotary on 01/21/2022 2:54 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## CERTIFICATE OF SERVICE

I hereby certify that I am this 21st day of January 2022, serving a copy of **Praecipe for Entry of Appearance** upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pa. Rules of Civil Procedure. Service via email and via first class mail addressed as follows:

Larry A. Weisberg, Esquire
Weisberg Cummings, P.C.
2704 Commerce Drive B
Harrisburg, PA 17110
Email: lweisberg@weisbergcummings.com

*Counsel for Defendant*

Christy Sunchych
Paralegal

3