Case# 2022-00533-12 Received at Cumberland County Prothonotary on 01/26/2022 10:16 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| WEST SHORE HOME LLC, and WEST SHORE HOME HOLDINGS, LLC<br>　　　Plaintiff | : THE COURT OF COMMON PLEAS<br>: CUMBERLAND COUNTY, PENNSYLVANIA |
| v. | |
| CRAIG CHAPPELL<br>　　　Defendant | : No. 2022-00533 CIVIL TERM |
| | : CIVIL ACTION - LAW |

## ORDER OF COURT
### IN RE: PLAINTIFF'S COMPLAINT, PLAINTIFF'S MOTION TO PRESERVE EVIDENCE, AND PLAINTIFF'S MOTION TO EXPEDITE

AND NOW, this 25th day of January, 2022, upon consideration of Plaintiff's Complaint, Plaintiff's Motion for Order of Court Directing Preservation of Documents and Things, and Plaintiff's Motion to Expedite Discovery, it is hereby ORDERED that a Rule is issued upon Defendant to show cause why the relief requested should not be granted. Rule returnable within 20 days from the date of service of this Order.

　　Plaintiff shall effectuate service of this Order and file proof of the same.

By the Court,

_____
Michelle H. Sibert,　　　J.

Thomas G. Collins Esq.
409 N. Second St., Suite 500
Harrisburg, PA 17101

Sara E. Myirski Esq.
409 N. Second St., Suite 500
Harrisburg, PA 17101

**EXHIBIT A11**

Cheri A. Sparacino Esq.
409 N. Second St., Suite 500
Harrisburg, PA 17101

Larry A. Weisberg Esq.
2704 Commerce Drive B
Harrisburg, PA 17110

Case# 2022-00533-12 Received at Cumberland County Prothonotary on 01/26/2022 10:16 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.