| | |
|---|---|
| WEST SHORE HOME, LLC and WEST SHORE HOME HOLDINGS, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>CRAIG CHAPPELL,<br><br>*Defendant.* | IN THE COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, PENNSYLVANIA<br><br>Civ. No. 2022-00533 |

## ORDER OF COURT

AND NOW, this 25th day of January, 2022, it is hereby ORDERED that a hearing on Plaintiffs West Shore Home, LLC and West Shore Home Holdings, LLC's Motion for Hearing on their Motion for Special/Preliminary Injunction is scheduled for the 1st day of March, 2022, at 9:30 am before Via Zoom.

BY THE COURT:

Michelle H. Sibert, J.

**EXHIBIT A13**

RULE 236 NOTICE PROVIDED ON 01/26/2022

**Distribution List:**

*Thomas G. Collins, Esq.*, Buchanan Ingersoll & Rooney, PC, 409 N. Second Street, Suite 500, Harrisburg, PA 17101
*Counsel for Plaintiffs, West Shore Home, LLC and West Shore Home Holdings, LLC*

*Sara E. Myirski, Esq.*, Buchanan Ingersoll & Rooney, PC, 409 N. Second Street, Suite 500, Harrisburg, PA 17101
*Counsel for Plaintiff, West Shore Home, LLC and West Shore Home Holdings, LLC*

*Cheri A. Sparacino, Esq.*, Buchanan Ingersoll & Rooney, PC, 409 N. Second Street, Suite 500, Harrisburg, PA 17101
*Counsel for Plaintiff, West Shore Home, LLC and West Shore Home Holdings, LLC*

*Larry A. Weisberg, Esq.*, Weisberg Cummings, PC, 2704 Commerce Drive B, Harrisburg PA 17110
*Counsel for Defendant, Craig Chappell*

https://ccpameet.zoom.us/my/judgesibert
Meeting ID: 303 046 0371
Password: 123456