Case# 2022-00533-15 Received at Cumberland County Prothonotary on 01/27/2022 11:25 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# AFFIDAVIT OF SERVICE

| Case: 2022-00533 | Court: In the Court of Common Pleas of Cumberland County, Pennsylvania | Job: 6607564 |
|---|---|---|
| **Plaintiff / Petitioner:** West Shore Home, LLC et al | | **Defendant / Respondent:** Craig Chappell |
| **Received by:** Harris Investigations, LLC | | **For:** Buchanan Ingersoll & Rooney, PC |
| **To be served upon:** Craig Chappell | | |

I, Marc Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Craig Chappell, 1122 Gunstock Lane, Mechanicsburg, PA 17050
**Manner of Service:** Personal/Individual, Jan 26, 2022, 2:22 pm EST
**Documents:** Plaintiff's Brief in Support of their Motion for Leave to File Exhibits Under Seal (Received Jan 26, 2022 at 11:19am EST), Clocked-in Complaint (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy of Brief in Support of Motion for Special-Preliminary Injunction (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy Praecipe for Entry of Appearance (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy of Plaintiffs' Motion for Hearing on Motion for Special-Preliminary Injunction (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy of Plaintiffs' Motion for Leave to File Exhibits Under Seal (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy of Plaintiffs' Motion to Expedite Discovery (Received Jan 26, 2022 at 11:19am EST), Clocked-in Copy of Praecipe for Entry of Appearance (Received Jan 26, 2022 at 11:19am EST), Clocked-in Praecipe for Entry of Appearance (Received Jan 26, 2022 at 11:19am EST), Clocked-in Motion for Order of Court Directing Preservation of Document and Things (Received Jan 26, 2022 at 11:19am EST), Clocked-in Motion for Special-Preliminary Injuction (Received Jan 26, 2022 at 11:19am EST), Doc. 12 - Rule to Show Cause Re: Plaintiff's Complaint, Motion to Preserve, Motion to Expedite (Received Jan 26, 2022 at 11:19am EST), Doc. 13 - Order Granting Motion for Leave to File Exhibits Under Seal (Received Jan 26, 2022 at 11:19am EST), Doc. 14 - Order Scheduling Hearing for 3-1-2022 (Received Jan 26, 2022 at 11:19am EST)

**Additional Comments:**
1) Successful Attempt: Jan 26, 2022, 2:22 pm EST at 1122 Gunstock Lane, Mechanicsburg, PA 17050 received by Craig Chappell. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 280; Height: 6'0"; Other: Short gray hair that's balding. Clean-shaven with glasses. Dark complexion. ;
I went to the provided address and served the subject personally.

_____  1/27/22
Marc Jones                  Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
717-608-6007

**EXHIBIT A14**