# SHERIFF'S OFFICE OF CUMBERLAND COUNTY

**Jody S. Smith**
*Sheriff*

**Ronald W. Kerr**
*Chief Deputy*



**Richard W. Stewart**
*Solicitor*

---

| WEST SHORE HOME LLC (et al.) vs. CRAIG CHAPPELL | Case Number 2022-00533 |
|---|---|

## SHERIFF'S RETURN OF SERVICE

01/31/2022  05:57 PM - Deputy Daniel Foy, being duly sworn according to law, served the requested Other by "personally" handing a true copy of the Verified Complaint; Notice of Appearances; Motion for Special/Preliminary Injunction; Brief in Support of Motion for Special/Preliminary Injunction; Motion on Hearing for Preliminary Injunction; Motion for Order Directing the Preservation of Documents and proposed order attached thereto; Motion to Expedite Discovery with Exhibits A&B and proposed order attached thereto; Motion for Leave to File Under Seal; Order setting forth a Zoom hearing on Plaintiff's Motion for Special/Preliminary Injunction; Rule to Show Cause; and Order Granting Plaintiff's Motion to Seal to a person representing themselves to be the Defendant, to wit: CRAIG CHAPPELL at 1122 GUNSTOCK LANE, Hampden Township, MECHANICSBURG, PA 17050.

_____
DANIEL FOY, DEPUTY

SHERIFF COST: $47.70

SO ANSWERS,

_____
JODY S. SMITH, SHERIFF

February 02, 2022

**EXHIBIT A15**