# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST SHORE HOME, LLC, *et al.*, | : | Civil No. 1:22-CV-00204 |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG CHAPPELL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 10th day of March, 2022, following a review of the letter submitted by Plaintiffs, Doc. 13, and the expedited motion to appoint mediator or settlement officer filed by Defendant, Doc. 14, **IT IS ORDERED THAT:**

1) A telephone status conference is scheduled for **Thursday, March 17, 2022 at 2:30 p.m.** Counsel for Plaintiffs shall initiate the telephone conference and have all parties on the line prior to calling chambers at (717) 221-3970.

2) Plaintiffs are ordered to file an expedited letter brief in response to Defendant's motion, Doc. 14, by **Monday, March 14, 2022 at 5:00 p.m.**

3) Defendant may file a letter brief in reply by **Tuesday, March 15, 2022 at 5:00 p.m.**

1

4) Defendant may file a letter in response to Plaintiffs' letter, Doc. 13, by

**<u>Friday, March 11, 2022 at 5:00 p.m.</u>**

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
