# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST SHORE HOME, LLC., *et al.*, | : | Civil No. 1:22-CV-00204 |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG CHAPPELL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on June 1, 2022, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

### Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties for Plaintiff: | August 1, 2022 |
| Amended pleadings for Plaintiff: | August 1, 2022 |
| Joinder of additional parties for Defendant: | August 15, 2022 |
| Amended pleadings for Defendant: | August 15, 2022 |
| Status conference: | August 24, 2022, at 8:30 a.m. |
| Fact discovery: | September 30, 2022 |
| Dispositive motions and supporting briefs: | October 31, 2022 |
| Plaintiff's expert reports: | October 31, 2022 |
| Defendant's expert reports: | December 2, 2022 |
| Supplemental and rebuttal expert reports: | December 16, 2022 |
| Expert discovery: | January 13, 2023 |
| Motions in limine and supporting briefs: | February 1, 2023 |
| Pretrial memoranda: | March 1, 2023 |
| Proposed voir dire and jury instructions: | March 1, 2023 |
| Final pretrial conference: | March 15, 2023, at 2:00 p.m. |
| Trial: | April 3, 2023 |

**IT IS ORDERED THAT**:

1. **Joinder of Additional Parties and Amended Pleadings.** All additional parties for Plaintiff shall be joined by **August 1, 2022**. Amended pleadings for Plaintiff are due by **August 1, 2022**. All additional parties for Defendant shall be joined by **August 15, 2022**. Amended pleadings for Defendant are due by **August 15, 2022**.

2. **Trial List.** The above case is hereby placed on the April, 2023 trial list. Jury selection for trials on this list will commence at 9:30 a.m. on **April 3, 2023**, in a courtroom to be determined in Harrisburg, Pennsylvania. Counsel are attached for trial. Trials will commence immediately following the completion of jury selections. Counsel should note that criminal matters take priority over and may delay the beginning of the civil trial list.

3. **Status Conference.** A status conference will be conducted via telephone by the court on **August 24, 2022, at 8:30 a.m.** Counsel for Plaintiff shall initiate the telephone conference and have all parties on the line prior to calling chambers at (717) 221-3970. The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues. Participation in this conference by counsel and by self-represented parties is mandatory. Any counsel of record may participate in this conference call.

**4.     Fact Discovery.**  Fact discovery shall be completed by **September 30, 2022**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

**5.     Expert Reports and Expert Discovery**.  Plaintiff's expert reports are due on **October 31, 2022**.  Defendant's expert reports are due on **December 2, 2022**. Supplemental and rebuttal expert reports are due on **December 16, 2022**.  Expert discovery shall be completed by **January 13, 2023**.

**6.     Dispositive Motions.**  Dispositive motions <u>and</u> supporting briefs shall be filed by **October 31, 2022**.  Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

**7.     Motions in Limine**.  Motions in limine <u>and</u> supporting briefs shall be filed by **February 1, 2023**.

**8.     Pretrial Memoranda, Voir Dire, and Jury Instructions**.  Pretrial memoranda, proposed voir dire questions, the joint voir dire fact statement, and proposed jury instructions shall be filed by **March 1, 2023**.  No later than seven days before this date, counsel shall hold a conference as indicated in Local Rule 16.3.

9.      **Final Pretrial Conference**.  A final pretrial conference will be held on **March 15, 2023, at 2:00 p.m.**, in in a courtroom to be determined in Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
 Middle District of Pennsylvania