# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST SHORE HOME, LLC., | : | Civil No. 1:22-CV-204 |
| Plaintiff, | : | |
| | : | (Judge Wilson) |
| v. | : | |
| CRAIG CHAPPELL, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 26th day of June 2022 following a conference with counsel, **IT IS HEREBY ORDERED** as follows:

First, the parties shall continue the discussions conducted today, exchanging settlement proposals with an eye towards determining whether common ground exists to resolve this case. By **August 11, 2022**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

a brief, concise and confidential status report setting forth the status of settlement discussions, the parties' assessment of the case, any settlement recommendation and a candid assessment regarding whether a settlement conference would be useful. We

will be guided by this status report and your candid assessments of the prospects for settlement in terms of our recommendations moving forward.

Second, in the meanwhile a settlement conference is scheduled to be conducted in the undersigned's chambers on **August 25, 2022 at 1:00 p.m.**, in the U.S. Courthouse, Harrisburg. Consistent with the court's COVID-19 settlement conference protocols parties and counsel may elect to attend in-person, telephonically, or by video, but all participants must notify the court of the agreed-upon format for the conference in their settlement memoranda. If counsel wish to utilize ZOOM or similar technology they must arrange for such services and provide the court with log-in contact information one week prior to the conference. By **August 23, 2022**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

updated concise and confidential settlement memorandum setting forth the parties' current settlement positions.

Enclosed please find the court's COVID-19 settlement conference protocols.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

# COVID-19 Settlement Conference Guidelines
# Magistrate Judge Carlson

Recognizing the new times in which we live, we are adopting the following guidelines for settlement conferences consistent with the court's COVID-19 safety protocols.

1. If any conference participants are experiencing COVID symptoms, or have been in contact with someone who has tested positive for COVID-19, please notify the court and your conference will be rescheduled.

2. Prior to any in-person settlement conferences, the parties will confer regarding whether they wish to conduct the entire conference telephonically or through video-conference. If any party prefers to conduct the conference in this fashion, they should notify the court and we will favorably consider such requests. Likewise if parties wish to conduct a conference in person, but wish to continue the currently scheduled conference in light of pandemic conditions they should notify the court and we will favorably consider such requests.

3. If specific participants in an in-person settlement conference wish to participate telephonically, they should notify the court and we will favorably consider such requests.

4. Participants in in-person settlement conferences should comply with masking and social distancing recommendations by wearing masks in the courthouse, and by remaining six feet apart while participating in the conference. The settlement judge will also comply with these mask and social distancing guidelines.

5. Following each conference, the court will ensure a cleaning of the settlement conference space to ensure the well-bring of future settlement conference participants.