# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST SHORE HOME, LLC., *et al.*, | : | Civil No. 1:22-CV-00204 |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG CHAPPELL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of August, 2022, at the request of counsel, **IT IS ORDERED** that this case is **STAYED** and the telephone conference scheduled for August 29, 2022 is **CANCELLED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
