IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST SHORE HOME, LLC, *et al.*, | : | Civil No. 1:22-CV-00204 |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG CHAPPELL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of July, 2024, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** the deferred aspects of Plaintiffs' petition for contempt sanctions are **GRANTED** as follows:

1) The court **GRANTS** Plaintiffs' request for $81,508.50 in attorneys' fees related to contempt preparations and $43,554.82 in costs for discovery related to Defendant's contempt.

2) The fees awarded in this order are in addition to the fees awarded in the ordered entered on June 12, 2024. Doc. 146.

3) Thus, the total attorneys' fees awarded to Plaintiffs are $410,452.50, and the total costs awarded to Plaintiffs are $43,946.58.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania