**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WEST SHORE HOME, LLC and WEST SHORE HOME HOLDINGS LLC, | : | Civil No. 1:22-CV-00204 |
| Plaintiffs, | : | |
| v. | : | |
| CRAIG CHAPPELL, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 17th day of December, 2024, having reviewed the Defendant's motion for partial relief from preliminary injunction, Doc. 159, and the parties' respective submissions, Docs. 160 & 161, **IT IS ORDERED** that Defendant's motion is **GRANTED**. Paragraphs 26(a), 26(b), and 26(c) of the court's Order for Preliminary Injunction by Consent, Doc. 23, have expired by their own terms and are no longer in effect. The remainder of the court's order continues in effect.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania