**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| West Shore Home, LLC and<br>West Shore Home Holdings, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>Craig Chappell and Evolve<br>Advertising, LLC,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 1:22-cv-00204-JPW |

**STIPULATED FINAL JUDGMENT AGAINST DEFENDANT**

Pursuant to Fed. R. Civ. P. 58, and in accordance with the Court's June 12, 2024 Memorandum and Order granting summary judgment in favor of Plaintiffs, West Shore Home, LLC and West Shore Home Holdings, LLC (collectively hereinafter, "West Shore"), relative to Counts I, III, and IV of the Amended Complaint (Docs. 143 and 144) and upon consideration of the Joint Motion for Entry of Stipulated Final Judgment against Defendant, Craig Chappell ("Chappell") (together with West Shore, the "Parties"), the Parties Stipulated Final Judgment is hereby approved and entered against Chappell as follows:

**NOW, BY STIPULATION OF THE PARTIES**, and after due deliberation and good cause appearing therefore, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final Judgment in favor of West Shore and against Chappell is hereby entered as follows:

a. **$1,000,000.00** in favor of West Shore and against Chappell for West Shore's actual damages resulting from the claims asserted in Counts I, III, and IV of the Amended Complaint (Doc. 73).

b. An additional **$1,000,000.00** in favor of West Shore and against Chappell representing exemplary damages pursuant to the Pennsylvania Uniform Trade Secrets Act ("PUTSA") and the Defend Trade Secrets Act of 2016 ("DTSA") (Counts III and IV of the Amended Complaint, respectively) (Doc. 73), and premised upon the Court's prior finding that Chappell's misappropriation of West Shore's trade secrets was "willful and malicious" (Doc. 143, pgs. 33-34).

c. **$200,000.00** in favor of West Shore and against Chappell for West Shore's attorneys' fees under Counts I, III, and IV of the Amended Complaint (Doc. 73).

d. **$454,399.08** in favor of West Shore and against Chappell for West Shore's additional attorneys' fees and costs previously awarded to West Shore by the Court on June 12, 2024 (Doc. 146), and July 12, 2024 (Doc. 150).

2. The total aggregate Final Judgment (the sum of the amounts listed in Para. 1.a. – 1.d. above) shall be in the amount of **$2,654,399.08**.

3. Counts II, V, VI, VII, VIII, and IX, of West Shore's Amended Complaint (Doc. 73), are hereby dismissed by agreement of the Parties.

4. The above premises along with the premises within the Joint Motion for Entry of Stipulated Final Judgment against Defendant are expressly adopted by the Court and made a part of this Final Judgment.

Judge Jennifer P. Wilson

Dated: September 10, 2025

**IT IS SO STIPULATED:**

*/s/ Thomas G. Collins*
Thomas G. Collins, Esquire
ID # 75896
Daniel S. Rothschild, Esquire
ID # 325800
**BUCHANAN INGERSOLL & ROONEY PC**
409 North Second Street
Harrisburg, PA 17101
Phone: (717) 237-4800
Facsimile: (717) 233-0852
Email: thomas.collins@bipc.com
Email: daniel.rothschild@bipc.com

*Counsel for Plaintiffs*

*/s/ Jeffrey R. Schott*
Jeffrey R. Schott, Esquire
Scaringi Law
2000 Linglestown Road
Suite 106
Harrisburg, PA 17110

*Counsel for Defendants*

Dated: September 8, 2025